IN THE MATTER OF THE PETITION OF G. D. S. TRASK, RESPONDENT, *v.* THE PEEKSKILL PLOW WORKS, APPELLANT.

*Chapter 960 of 1867, § 2 — appraisal of stock under — interest.*

Where, upon the application of a stockholder, who objects to the consolidation of the corporation of which he is a member with another, appraisers are appointed, under section 2 of chapter 960 of 1867, to estimate and certify the value of his stock at the time of his dissent, the value of the stock being unknown and it not appearing to have any market-value, *held*, that as his claim partook of the nature of an unliquidated account, he was not entitled to interest upon it until the report of the appraisers, which established its value.

APPEAL from an order made at the Special Term, confirming the report of appraisers, appointed to estimate and certify the value of the stock of the respondent at the time of the consolidation of the Peekskill Plow Works with the New York Plow Company.

*E. Luther Hamilton*, for appellant. *Henry F. Pultzs*, for respondent.

Opinion by BRADY, J. DAVIS, P. J., and DANIELS, J., concurred.

Report modified, and as modified affirmed, without costs of the appeal to either party.